UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MARK FREY, individually and on behalf of all others similarly situated, | Civil Case No. 24-3360 (SRN/LIB) |
| Plaintiff, | |
| v. | **ORDER** |
| AMERIPRISE FINANCIAL, INC.;<br>AMERIPRISE FINANCIAL SERVICES, LLC;<br>AMERIPRISE FINANCIAL SERVICES, INC.; and<br>AMERICAN ENTERPRISE INVESTMENT SERVICES, INC., | |
| Defendants. | |

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal. (Docket No. 30) Plaintiff seeks dismissal without prejudice of claims under Rule 41(a)(1)(A)(i). See Fed. R. Civ. P. 41(a)(1)(A)(i) (dismissal before the opposing party serves either an answer or a motion for summary judgment). A voluntary dismissal is effective without Court order, but in this District an order is required to close the case.

Accordingly, **IT IS HEREBY ORDERED that** Plaintiff's claims are **DISMISSED without prejudice**.

Dated: Tuesday, September 17, 2024       *s/ Susan Richard Nelson*
                                          Susan Richard Nelson
                                          United States District Judge